# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WENDELL THOMPSON

NO. 2020 KW 0645

**SEPTEMBER 28, 2020**

---

In Re:  Wendell Thompson, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 02-CR8-86387.

---

**BEFORE:  McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED.**

> **JMM**
> **GH**
> **AHP**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT